# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 7, 2014

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

Re:  Acute Care Specialists II, et al.
     v. United States
     No. 13-944
     (Your No. 12-1212)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 3, 2014 and placed on the docket February 7, 2014 as No. 13-944.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst